UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-23028-CIV-SEITZ/O'SULLIVAN

GUSTAVO COLLADO,
and others similarly situated,
    Plaintiffs,
vs.
SERVICE KEEPERS MAINTENANCE,
INC., a Florida corporation,
    Defendant.
_____/

### ORDER

THIS MATTER is before the Court pursuant to an order of reference entered by the Honorable Patricia A. Seitz, United States District Judge, for a fairness hearing. Having reviewed the applicable filings and the law, it is

ORDERED AND ADJUDGED that a fairness hearing pursuant to <u>Lynn Food Stores v. United States</u>, 679 F.2d 1350 (11th Cir. 1982) is set before the undersigned on **Wednesday, December 3, 2008**, at **10:00 a.m.**, at the C. Clyde Atkins United States Courthouse, 301 North Miami Avenue, 5th Floor, Miami, Florida 33128. **The parties shall be prepared to discuss the terms of the settlement agreement.** Request for continuance of this cause shall not be considered unless addressed to this Court in the form of a written motion.

**DONE AND ORDERED** in chambers at Miami, Florida this **21st** day of November, 2008.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided to:
United States District Judge Seitz
All counsel of record