UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 08-23028-CIV-SEITZ/O'SULLIVAN

GUSTAVO COLLADO,
and others similarly situated,
    Plaintiffs,
vs.
SERVICE KEEPERS MAINTENANCE,
INC., a Florida corporation,
    Defendant.
_____/

## ORDER APPROVING SETTLEMENT AGREEMENT AND RECOMMEND THAT THIS CASE BE DISMISSED WITH PREJUDICE

THIS MATTER came before the Court following a fairness hearing on December 3, 2008.

THE COURT has heard from counsel and the defendant's representative and has considered the terms of the Settlement Agreement, the pertinent portions of the record, and is otherwise fully advised in the premises.

This case involves a claim for unpaid overtime compensation under the Fair Labor Standards Act, 29 U.S.C. §201, et seq ("FLSA").  In reviewing a settlement of an FLSA private claim, a court must "scrutiniz[e] the settlement for fairness," and determine that the settlement is a "fair and reasonable resolution of a bona fide dispute over FLSA provisions."  Lynn Food Stores v. United States, 679 F.2d 1350, 1352-53 (11th Cir. 1982).  A settlement entered into in an adversarial context "is more likely to reflect a reasonable compromise of disputed issues." Id.  The district court may approve the settlement in order to promote the policy of encouraging settlement of litigation. Id. at 1354.

In this case, the plaintiff claims $1,989 in lost wages and liquidated damages of

$1,989 for a total of $3,978. The plaintiff will receive $3,442 in settlement proceeds. Counsel for the plaintiff worked approximately 7 hours on this case and will receive $2,100 in attorney's fees and $385 in costs. The Court has reviewed the terms of the Settlement Agreement including the amount to be received by the plaintiff and the attorney's fees[1] and costs to be received by counsel and finds that the compromise reached by the parties is a fair and reasonable resolution of the parties' bona fide disputes. Accordingly, it is

**ORDERED AND ADJUDGED** that the parties' Settlement Agreement (including attorney's fees and costs) is hereby **APPROVED**. It is further

**RECOMMENDED** that this case be dismissed with prejudice.

**DONE AND ORDERED** in chambers at Miami, Florida this **3rd** day of December, 2008.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided to:
United States District Judge Seitz
All counsel of record

---

[1] The plaintiff's counsel has represented that he will transfer $271.00 of his attorney's fees to the plaintiff. Based on this representation, the undersigned finds that the parties have reached a fair settlement.